OPINION — AG — QUESTION: IS THE DEPARTMENT OF WILDLIFE CONSERVATION REQUIRED TO PAY THE FEES PRESCRIBED BY 28 O.S. 1961 32 [28-32], IN CONNECTION WITH THE FILING, RECORDING, AND INDEXING OF DEEDS, EASEMENTS AND OTHER INSTRUMENTS AFFECTING TITLES TO LAND, WHEN PRESENTED TO THE COUNTY CLERK, AS TO REGISTER OF DEEDS, FOR RECORDING? — NEGATIVE CITE: OPINION NO. 65-367 (JOSEPH MUSKRAT) ** SEE OPINION NO. 90-512 (1990)